Joel E. Tasca
Nevada Bar No. 14124
Madeleine Coles
Nevada Bar No. 16216
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
tasca@ballardspahr.com
colesm@ballardspahr.com

*Attorneys for Defendant*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Bondocan,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Trans Union, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; JP Morgan Chase Bank, N.A.; Synchrony Financial; American Express Inc.; Capital One Bank, N.A.; and Silver State Schools Credit Union,<br><br>　　　　　　Defendants. | CASE NO. 2:23-cv-1334-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT JPMORGAN CHASE BANK, N.A. TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>(First Request) |

The deadline for Defendant JPMorgan Chase Bank, N.A. ("Chase") to respond to Plaintiff's Complaint is September 21, 2023. Chase has requested, and Plaintiff has agreed, that Chase shall have up to and including October 5, 2023, to respond to Plaintiff's Complaint to provide time for Chase to investigate the claims in Plaintiff's Complaint and for the parties to discuss a potential early resolution of this case.

This is the first request for such an extension, and it is made in good faith and not for purposes of delay.

///

///

///

DMWEST #17703735 v1

1   DATED this 21st day of September, 2023.

2   BALLARD SPAHR LLP                         FREEDOM LAW FIRM, LLC

4   By:  /s/ Madeleine Coles                  By:  /s/ Gerardo Avalos
    Joel E. Tasca                             Gerardo Avalos
    Nevada Bar No. 14124                      Nevada Bar No. 15171
    Madeleine Coles                           George Haines
    Nevada Bar No. 16216                      Nevada Bar No. 9411
    1980 Festival Plaza Drive, Suite 900      8985 South Eastern Ave., Suite 100
    Las Vegas, Nevada 89135                   Las Vegas, Nevada 89123

    *Attorneys for Defendant JPMorgan         Attorneys for Plaintiff*
    *Chase Bank, N.A.*

**ORDER**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  9-25-2023

2

DMWEST #17703735 v1