GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
1700 South Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 778-9709
*Attorney for Defendant*
*Equifax Information Services LLC*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN BONDOCAN, | **Case No. 2:23-cv-01334-JCM-VCF** |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO FILE ANSWER** |
| TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JPMORGAN CHASE BANK, N.A.; SYNCHRONY FINANCIAL; AMERICAN EXPRESS INC.; CAPITAL ONE BANK, N.A.; and SILVER STATE SCHOOLS CREDIT UNION, | **SECOND REQUEST** |
| Defendants. | |

Defendant Equifax Information Services LLC ("Equifax") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended from October 20, 2023 through and including **November 20, 2023**. The request was made by Equifax so that the parties may have

/ /

/ /

/ /

1  additional time to engage in settlement discussion, and Plaintiff approves.  This stipulation is filed

2  in good faith and not intended to cause delay.

3          Respectfully submitted, this 17th day of October, 2023.

4

5  CLARK HILL PLLC                                                    _No opposition_

6  By:  /s/ Gia N. Marina                                             /s/ Gerardo Avalos
   Gia N. Marina                                                      George Haines, Esq.
7  Nevada Bar No. 15276                                               Nevada Bar No. 9411
   1700 South Pavilion Center Drive, Suite 500                        Gerardo Avalos, Esq.
8  Las Vegas, Nevada  89135                                           Nevada Bar No. 15171
   Telephone:  (702) 862-8300                                         FREEDOM LAW GROUP
9  Facsimile:  (702) 778-9709                                         8985 S. Eastern Ave., Suite 350
   Email: gmarina@clarkhill.com                                       Henderson, NV 89123
10 *Attorney for Defendant Equifax Information*                       Phone: (702) 880-5554
11 *Services LLC*                                                     Fax: (702) 385-5518
                                                                      Email: ghaines@freedomlegalteam.com
12                                                                    Email: gavalos@freedomlegalteam.com

13                                                                    *Attorneys for Plaintiff*

14

15

16 IT IS SO ORDERED:

17 _____

18 United States Magistrate Judge

19 DATED:  ___10-19-2023_____

20

21

22

23

24

25

26

27

28

1

## CERTIFICATE OF SERVICE

2

3

  I hereby certify that a true and exact copy of the foregoing has been served this 17th day of

October, 2023, via CM/ECF, upon all counsel of record:

4

5

6
         By: /s/ Gia N. Marina_____

         Gia N. Marina

7
         Nevada Bar No. 15276

         1700 South Pavilion Center Drive, Suite 500

8
         Las Vegas, Nevada  89135

         Telephone:  (702) 862-8300

9
         Facsimile:  (702) 778-9709

         Email: gmarina@clarkhill.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28