| | |
|---|---|
| 1 | KAEMPFER CROWELL |
|   | Robert McCoy, No. 9121 |
| 2 | Sihomara L. Graves, No. 13239 |
|   | 1980 Festival Plaza Drive, Suite 650 |
| 3 | Las Vegas, Nevada 89135 |
|   | Telephone: (702) 792-7000 |
| 4 | Facsimile: (702) 796-7181 |
|   | Email: rmccoy@kcnvlaw.com |
| 5 | Email: sgraves@kcnvlaw.com |

STEPTOE & JOHNSON LLP
Stephen J. Newman *(pro hac vice forthcoming)*
Daniel J. Shannon *(pro hac vice forthcoming)*
2029 Century Park East, 18th Floor
Los Angeles, California 90067
Telephone: (310) 556-5800
Facsimile: (310) 556-5959
Email: snewman@steptoe.com
Email: dshannon@steptoe.com

Attorneys for Defendant American Express National Bank

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SEAN BONDOCAN, | Case No. 2:23-cv-01334-JCM-VCF |
| Plaintiff, | |
| vs. | **AMERICAN EXPRESS NATIONAL BANK'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JP MORGAN CHASE BANK, N.A.; SYNCHRONY FINANCIAL; AMERICAN EXPRESS INC.; CAPITAL ONE BANK, N.A.; and SILVER STATE SCHOOLS CREDIT UNION, | **(First Request)** |
| Defendants. | |

  Defendant American Express National Bank ("American Express"), erroneously sued as American Express Inc., moves for a 30 day extension of time to respond to the Complaint filed by Plaintiff Sean Bondocan and states as follows:

1. Plaintiff filed the Complaint in this Court on August 28, 2023 (ECF No. 1).

2. American Express was served with the Complaint on September 18, 2023.

3. American Express's deadline to respond to the Complaint is currently November 8, 2023.

4. Good cause exists for granting this extension because undersigned counsel for American Express was retained today and requires additional time to investigate the allegations of the Complaint.

5. This is American Express's first request for an extension of time to respond to the Complaint.

6. This extension is sought in good faith and not for the purpose of delay.

7. Counsel for American Express attempted to contact Plaintiff's counsel upon being retained to determine whether Plaintiff would stipulate to an extension of time or would opposes this Motion. Counsel for American Express left multiple voicemails and emails for Plaintiff's counsel, but counsel for American Express has not received a response to those communications.

8. No party will be prejudiced by this modest extension.

9. For these reasons, American Express respectfully requests that this Court extend its deadline to respond to the Complaint by 30 days, up to and including December 8, 2023.

KAEMPFER CROWELL

Robert McCoy, No. 9121
Sihomara L. Graves, No. 13239
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135

STEPTOE & JOHNSON LLP
Stephen J. Newman *(pro hac vice)*
Daniel J. Shannon *(pro hac vice)*
2029 Century Park East, 18th Floor
Los Angeles, California 90067

Attorneys for Defendant American Express National Bank

IT IS SO ORDERED.

Cam Ferenbach
United States Magistrate Judge

DATED 11-9-2023

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that I am an employee of Kaempfer Crowell and that service of the **AMERICAN EXPRESS NATIONAL BANK'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** was made on today's date by submitting electronically for filing and service with the United States District Court for the District of Nevada through the PACER Electronic Filing System to the addressee(s) shown below:

| | |
|---|---|
| George Haines, No. 9411<br>Gerardo Avalos, No. 15171<br>FREEDOM LAW FIRM, LLC<br>8985 S. Eastern Avenue, Ste. 100<br>Las Vegas, Nevada 89123<br>ghaines@freedomlegalteam.com<br>gavalos@freedomlegalteam.com<br><br>Attorneys for Plaintiff<br>Sean Bondocan | Gia N. Marina, No. 15276<br>CLARK HILL PLLC<br>1700 S. Pavilion Center Dr., Ste. 500<br>Las Vegas, Nevada 89135<br>gmarina@clarkhill.com<br><br><br><br>Attorney for Defendant<br>Equifax Information Services, LLC |
| J. Christopher Jorgensen, No. 5382<br>Brittni A. Tanenbaum, No. 16013<br>LEWIS ROCA ROTHGERBER CHRISTIE LLP<br>3993 Howard Hughes Pkwy, Ste. 600<br>Las Vegas, Nevada 89169<br>cjorgensen@lewisroca.com<br>btanenbaum@lewisroca.com<br><br>Attorneys for Defendant<br>Synchrony Bank | |

DATED November 8, 2023

_____
Desiree Endres
An employee of Kaempfer Crowell