Aaron D. Shipley (NSBN 8258)
Karyna M. Armstrong (NSBN 16044)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
ashipley@mcdonaldcarano.com
karmstrong@mcdonaldcarano.com

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank, N.A."*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SEAN BONDOCAN, <br><br> Plaintiff, <br><br> v. <br><br> TRANS UNION, LLC, EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; JP MORGAN CHASE BANK, N.A.; SYNCHRONY FINANCIAL; AMERICAN EXPRESS INC.; CAPITAL ONE BANK, N.A.; and SILVER STATE SCHOOLS CREDIT UNION, <br><br> Defendants. | CASE NO.:   2:23-cv-01334-JCM-VCF <br><br> ~~STIPULATION AND~~ ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (ECF NO. 23) <br><br> (FIRST REQUEST) |

      Plaintiff Sean Bondocan ("Plaintiff") and Defendants Synchrony Financial and Capital One, N.A., erroneously sued as Capital One Bank, N.A. ("Defendants") (jointly as the "Parties"), by and through their respective counsel, hereby timely stipulate pursuant to Local Civil Rule 26-3 to extend upcoming deadlines in the Discovery Plan and Scheduling Order ("Scheduling Order") entered by this Court (the "Deadlines") on November 2, 2023 (ECF No. 23) by ninety (90) days.

      Good cause exists to extend the Deadlines.  Capital One, N.A's counsel of record was retained in December of 2023 and Capital One, N.A. only just officially appeared in the Action by filing its Answer to the Plaintiff's Complaint on December 22, 2023.  Moreover, while Synchrony Financial and Plaintiff have been engaged in discovery (including written discovery

and scheduling party depositions), the Parties, including due to Capital One's very recent initial appearance in the case, request an additional ninety (90) days to the upcoming Deadlines to engage in discovery as well as to continue to devote efforts and resources to explore the potential for early resolution. This is the first request for an extension to the Scheduling Order, the Parties have agreed to the brief extension, and no prejudice will result to any Party to the Action. Therefore, it is appropriate to extend the upcoming Deadlines in the Scheduling Order.

The Parties therefore respectfully request to extend the upcoming Deadlines in the Scheduling Order making the new proposed upcoming Scheduling Order Deadlines as follows:

1. Expert Disclosures (initial): April 17, 2024
2. Expert Disclosures (rebuttal): May 20, 2024
3. Discovery Cutoff: June 17, 2024
4. Dispositive Motions: July 16, 2024
5. Pretrial Order: August 15, 2024

In the event that dispositive motions are filed, the date for filing the joint pre-trial order shall be suspended until **30 days after** decision on the dispositive motions or until further order of the Court.

DATED: December 22, 2023.

McDONALD CARANO LLP

By: /s/ Karyna M. Armstrong
Aaron D. Shipley, Esq. (NSBN 8258)
Karyna M. Armstrong, Esq. (NSBN 16044)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

*Attorneys for Defendant Capital One, N.A., erroneously sued as "Capital One Bank, N.A."*

| | |
|---|---|
| DATED: December 22, 2023 | FREEDOM LAW FIRM, LLC |
| | By: */s/ Gerardo Avalos*<br>George Haines, Esq. (NSBN 9411)<br>Gerardo Avalos, Esq. (NSBN 15171)<br>8985 South Eastern Ave., Ste. 100<br>Las Vegas, NV 89123 |
| | *Attorneys for Plaintiff Sean Bondocan* |
| DATED: December 22, 2023. | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | By: */s/   Brittni A. Tanenbaum*<br>J. Christopher Jorgensen, Esq. (NSBN 5382)<br>Brittni A. Tanenbaum, Esq. (NSBN 16013)<br>3993 Howard Hughes Parkway, Suite 600<br>Las Vegas, Nevada 89169 |
| | *Attorneys for Defendant Synchrony Financial* |

## SCHEDULING ORDER

IT IS HEREBY ORDERED that the Discovery Plan and Scheduling Order is modified to extend the discovery deadlines as stated above.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 27, 2023