George Haines, Esq.
Nevada Bar No.: 9411
Gerardo Avalos, Esq.
Nevada Bar No.: 15171
**FREEDOM LAW FIRM**
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
(702) 880-5554
(702) 385-5518 (fax)
Ghaines@freedomlegalteam.com
*Attorneys for Plaintiff Sean Bondocan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Bondocan, | Case No.: 2:23-cv-01334 |
| Plaintiff, | |
| v. | **Stipulation for dismissal of Equifax Information Services, LLC with prejudice.** |
| Trans Union, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; JP Morgan Chase Bank, N.A.; Synchrony Financial; American Express Inc.; Capital One Bank. N.A. and Silver State Schools Credit Union, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Sean Bondocan and Equifax Information Services, LLC stipulate to dismiss Plaintiff's claims against Equifax Information Services, LLC with prejudice.

///

_____

1       Each party will bear its own costs, disbursements, and attorney fees.

2       Dated: April 29, 2024.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**CLARK HILL PLLC**

/s/ *Gia N. Marina*
Gia N. Marina, Esq.
Clark Hill PLLC
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, NV 89135
*Counsel for Equifax Information Services, LLC*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED:_____
       April 30, 2024

_____

STIPULATION       - 2 -