1  George Haines, Esq.
   Nevada Bar No.: 9411
2  Gerardo Avalos, Esq.
3  Nevada Bar No.: 15171
4  **FREEDOM LAW FIRM**
   8985 S. Eastern Ave., Suite 100
5  Las Vegas, Nevada 89123
6  (702) 880-5554
   (702) 385-5518 (fax)
7  Ghaines@freedomlegalteam.com
8  *Attorneys for Plaintiff Sean Bondocan*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Sean Bondocan, | Case No.: 2:23-cv-01334-JCM-MDC |
| Plaintiff, | **Stipulation for dismissal of Synchrony Bank with prejudice.** |
| v. | |
| Trans Union, LLC; Equifax Information Services, LLC; Experian Information Solutions, Inc.; JP Morgan Chase Bank, N.A.; Synchrony Financial; American Express Inc.; Capital One Bank. N.A. and Silver State Schools Credit Union, | |
| Defendants. | |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Sean Bondocan and Synchrony Bank (sued erroneously as "Synchrony Financial") ("Synchrony") stipulate to dismiss Plaintiff's claims against Synchrony with prejudice.

_____
STIPULATION                              - 1 -
125552929.1

Each party will bear its own costs, disbursements, and attorney fees.

Dated: July 25, 2024.

**FREEDOM LAW FIRM**

 /s/ *George Haines*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 100
Las Vegas, Nevada 89123
*Counsel for Plaintiff(s)*

**LEWIS ROCA ROTHGERBER CHRISTIE LLP**

/s/ *Brittni A. Tanenbaum*
J Christopher Jorgensen, Esq.
Brittni A. Tanenbaum, Esq.
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
*Counsel for Synchrony Bank*

IT IS SO ORDERED:

_____
UNITES STATES DISTRICT JUDGE

DATED: July 29, 2024